UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES SPIKES SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-0147** |
| **RANDY SEAL, WALTER REED, LEANN WAHL** | **SECTION "E"(4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that James Spikes, Sr.'s claims pursuant to 42 U.S.C. § 1983 against the defendants, Sheriff Randy Seal, former District Attorney Walter Reed, and former Assistant District Attorney Leann Wahl, are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking relief against an immune defendant in accordance with 28 U.S.C. § 1915(e) and § 1915A.

New Orleans, Louisiana, this   10th   day of    February           , 2016.

_____
**UNITED STATES DISTRICT JUDGE**